IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON NELSON SPARKS                                              PLAINTIFF

v.                              No. 4:17CV00688 JLH

BAPTIST HEALTH; and
RICHARD CLARK FLANIGIN                                            DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED this 1st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE